435 A.2d 245

Commonwealth v. Lewis, Jr., Appellant.

 Submitted June 13, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Heather J. Mumma, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.